JS - 6

cc: Fiscal Section

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE                    ) Case No. EDCV 08-949-VAP
OPERATING ENGINEERS               ) (JTLx)
PENSION TRUST, TRUSTEES           )
OF THE OPERATING                  ) **JUDGMENT**
ENGINEERS HEALTH AND              )
WELFARE FUND, TRUSTEES            )
OF THE OPERATING                  )
ENGINEERS VACATION-               )
HOLIDAY SAVINGS TRUST             )
and TRUSTEES OF THE               )
OPERATING ENGINEERS               )
TRAINING TRUST,                   )
                                  )
            Plaintiff,            )
                                  )
      v.                          )
                                  )
EDDIE GARZA RENTAL,               )
INC., a California                )
corporation,                      )
                                  )
            Defendant.            )
_____ )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Upon application by plaintiffs herein for a default judgment pursuant to Federal Rules of Civil Procedure Rule 55(b)(s), and it appearing to the Court that the default of Eddie Garza Rental, Inc., a California corporation was entered on August 18, 2008, in the office

1   of the Clerk of this Court; and that no proceedings have

2   been taken by the defendant since default was entered,

3   and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED

4   AND DECREED that the plaintiffs, Trustees of the

5   Operating Engineers Pension Trust, Trustees of the

6   Operating Engineers Health and Welfare Fund, Trustees of

7   the Operating Engineers Vacation-Holiday Savings Trust

8   and Trustees of the Operating Engineers Training Trust,

9   shall recover from defendant Eddie Garza Rental, Inc., a

10  California corporation, the principal amount of

11  $25,804.92, attorneys' fees in the amount of $3,584.00 ,

12  costs of suit in the amount of $370.00, prejudgment

13  interest in the amount of $1411.58, together with post-

14  judgment interest as provided by law.

19  Dated:  _January 30, 2009_          _Virginia A. Phillips_

20                                       VIRGINIA A. PHILLIPS
21                                   United States District Judge

2